# __Exhibit F__

GRK Comments on Draft TMDL

# GUNPOWDER RIVERKEEPER®

**THEAUX M. LE GARDEUR**
Executive Director
410-967-3526

Delivered Via Electronic Mail and First Class Mail                    September 18, 2015

Mr. Anthon Allred
Maryland Department of the Environment/Science Services Administration
1800 Washington Blvd Ste. 540
Baltimore, MD 21230-1718

Mr. Allred,

Gunpowder RIVERKEEPER® (Riverkeeper) provides the following comments related to
the Department's Total Maximum Daily Load (TMDL) for polychlorinated biphenyls
(PCBs) in the Gunpowder River (8-digit Basin Code: 02130801) and the Bird River (8-
digit Basin Code: 02130803) tidal subsegments of the Gunpowder River Oligohaline
Chesapeake Bay Tidal Segment.

Based on the limited science presented in the draft TMDL used to typify these important
waterways currently on the 303(d) list, Riverkeeper believes that it is premature for the
Maryland Department of the Environment (Department) to submit the draft TMDL for
the Gunpowder and Bird Rivers to the Environmental Protection Agency.

The Department's existing data presented in the draft are not adequate to determine
needed pollutant load reductions from pollutant sources being addressed, or to determine
the most effective controls necessary to address impairments. The lack of a specific
monitoring plan within the draft cannot assure the public that the Department is making
adequate progress towards the attainment of water quality standards.

The methodology and science presented in the draft shows only a preference of the
Department to promulgate a draft TMDL without sufficient evidence that the all potential
sources of PCB's are included in the TMDL.

The schedule "toward compliance" is largely dependent on natural attenuation of tPCB
concentration in the Chesapeake Bay mainstem. It is abundantly clear that the proposed
draft does not properly safeguard aquatic uses of the waterbody or public health for those
consuming fish from these waters within a reasonable timeframe.

Riverkeeper asserts that a strong spatial relationship appears between PCB concentrations
in sediment and fish. It appears that a complete exposure pathway exists from sediment to
fish and that high concentrations in fish tissues are a direct result of exposure to
contaminated sediments in these waterways.

Unfortunately the Draft TMDL is without rigorous assessment of characterizing or
relating the potential scientific or economic analysis of dredging PCB laden sediments to



WATERKEEPER ALLIANCE
MEMBER

P.O. BOX 156                    keeper@gunpowderriverkeeper.org
Monkton, MD 21111              www.gunpowderriverkeeper.org

GRK champions enforcement and compliance of environmental la
within the watershed to protect and conserve the river for all users.

# GUNPOWDER RIVERKEEPER®

**THEAUX M. LE GARDEUR**
Executive Director
410-967-3526

attain WQS in less than the 93 years for the Bird River and 49 years for the Gunpowder River as specified in the Department's draft document.

MDE's draft TMDL document fails to establish:

Consideration for inputs of legacy PCB's from Aberdeen Proving Grounds

Air Monitoring to characterize reclamation center inputs

Water Monitoring to characterize landfills inputs in the area

Past compliance of NPDES permits to determine present compliance

Adequate scientific or economic analysis

Specific language related to future monitoring protocols

Assurance of compliance with the TMDL

Information about where Fish Consumption Advisories will be posted

Technology-based effluent limitations on toxic pollutants from the C.P. Crane facility

Robust public participation

It is recommended that the Department provide more science to better characterize the waterbodies, prove that all point sources are being considered in the development of the TMDL and provide the public with economic justifications of other, more expedient methods of PCB reductions like dredging to undertake meaningful reductions of PCB's in a reasonable timeframe.

I appreciate the opportunity to submit these comments and respectfully request that the Department hold a public hearing on these draft documents to answer all of the concerns presented here prior to the Department's submission of the TMDL to the Environmental Protection Agency.

I have served as the Riverkeeper and Executive Director of Gunpowder Riverkeeper, (a recognized 501(c) (3) organization, EIN # 27-1517453 that is characterized by the IRS under natural resources protection and conservation) since 2010. The organization represents 175 members that work, live and recreate along the Gunpowder and Bird Rivers and their tributaries and I look forward to your response.

Sincerely,

Theaux M. Le Gardeur
P.O. BOX 156
Monkton, MD 21111



P.O. BOX 156
Monkton, MD 21111

keeper@gunpowderriverkeeper.org
www.gunpowderriverkeeper.org

GRK champions enforcement and compliance of environmental l.
within the watershed to protect and conserve the river for all users.