UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUNPOWDER RIVERKEEPER,<br><br>     Plaintiff,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, and UNITED STATES PROTECTION AGENCY,<br><br>     Defendants. | No. 1:20-cv-02063-CJN |

**JOINT STATUS REPORT**

  1. On January 25, 2022, this Court granted the parties' joint motion to hold the case in abeyance to allow for settlement discussions. Minute Order (Jan. 25, 2022). Those discussions have been ongoing and the parties have filed joint status reports on April 20, 2022 and June 15, 2022 requesting that the case continue to be held in abeyance so the parties could engage in settlement discussions. *See* ECF 18, ECF 20.  In the June 15, 2022 joint status report, the parties requested until August 19, 2022 to allow for settlement discussions and to file a "joint status report to inform the Court of the progress of the settlement discussions." ECF 20 at 2.

  2. The parties believe that the Court should continue to hold this case in abeyance because the parties have had productive settlement discussions and are in the process of continued discussions regarding remaining settlement issues. Although the parties have not yet reached a formal settlement agreement, they agree that further exploration of settlement is worthwhile. Holding this case in abeyance for an additional sixty days would facilitate further discussions by allowing the parties to direct their resources to settlement efforts.

3. The parties propose that at the conclusion of the sixty days, which would be October 18, 2022, they file a joint status report to inform the Court of the progress of the settlement discussions and whether they believe that the case should continue to be held in abeyance or a briefing schedule should be set.

| | |
|---|---|
| Dated: August 15, 2022 | Respectfully submitted, |

/s/ *Sara A. Colangelo*
Sara A. Colangelo
D.D.C. Bar ID: MD0136
Institute for Public Representation
Environmental Law & Justice Clinic
Georgetown University Law Center
600 New Jersey Ave. N.W.
Washington, D.C. 20001
(202) 661-6543
sara.colangelo@law.georgetown.edu

*Counsel for Plaintiff*

TODD KIM
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

/s/ *Bryan J. Harrison*
Bryan J. Harrison
Florida Bar # 106379
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 307-0930
bryan.harrison@usdoj.gov

*Counsel for Defendants*